■ VIRGINIA HERNANDEZ, as Administratrix of the Estate of AIDA HERNANDEZ, Deceased, et al., Appellants, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, et al., Defendants. — Order and judgment of the Supreme Court, New York County (Martin Evans, J.), entered on March 9, 1983 and March 11, 1983, respectively, unanimously affirmed for the reasons stated by M. Evans, J., at Special Term. Respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. Concur — Asch, J. P., Silverman, Fein, Lynch and Kassal, JJ.